FILED
JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8536

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jorge Ismael JIMENEZ-Flores | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 13, 2008, within the Southern District of California, defendant Jorge Ismael JIMENEZ-Flores did knowingly and intentionally import approximately 32.18 kilograms (70.80 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Sara Galvan/ICE Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th, DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Sara Galvan, declare under penalty of perjury, the following is true and correct:

On June 13, 2008, JIMENEZ-Flores, Jorge Ismael entered the United States through the Calexico, California West Port of Entry. JIMENEZ-Flores was the driver and sole occupant of a 2004 Suzuki XL7.

JIMENEZ-Flores gave Customs and Border Protection Officer (CBPO) J. Zermeno a negative Customs declaration. CBPO Zermeno asked JIMENEZ-Flores where he was going to which he responded he was going to Calexico, CA. CBPO Zermeno asked JIMENEZ-Flores who the owner of the vehicle to which he responded it was his Godfather's. JIMENEZ-Flores and the vehicle were referred to secondary for further inspection.

In secondary, CBPO S. Felix also received a negative Customs declaration from JIMENEZ-Flores. JIMENEZ-Flores stated to CBPO Felix that he was en route to Calexico to run some errands.
At the time of secondary inspection, CEO Smura and his HNDD were conducting a lot sweep at the time JIMENEZ-Flores was referred to the vehicle secondary lot. CEO Smura notified CBPO Felix that his HNDD had alerted to the vehicle.
A more through search of the vehicle revealed several packages concealed in the left and right rear quarter panels, the rear floor board cargo area, rear right and left doors and in the front right door. The packages were removed and one package was randomly tested revealing a green leafy substance. The substance was field-tested resulting positive for the presence of marijuana. A total of 17 packages were removed from the vehicle with a net weight of approximately 32.18 (70.80 pounds) of marijuana.

JIMENEZ-Flores was placed under Miranda and agreed to answer questions voluntarily. JIMENEZ-Flores stated that he knew there was marijuana in the vehicle he was driving and admitted to monetary gain.

Executed on 06/13/2008 @ 2256 hrs.

SARA GALVAN
SPECIAL AGENT

I find probable cause to believe that Jorge Ismael Jimenez Flores committed the offense of 21 USC 952 + 960.

June 14, 2008 @ 3:13 pm

U S MAGISTRATE JUDGE