```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone (619) 234-8467
 4  Facsimile (619) 687-2666
    bridget_kennedy@fd.org
 5
 6  Attorneys for Mr. Jimenez-Flores
 7
 8                    UNITED STATES DISTRICT COURT
 9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   Case No. 08MJ8536
                                     )
12          Plaintiff,                )
                                     )
13  v.                                )
                                     )   NOTICE OF APPEARANCE
14  JORGE ISMAEL JIMENEZ-FLORES,     )
                                     )
15          Defendant.                )
                                     )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19  the above-captioned case.
20                                      Respectfully submitted,
21  Dated: June 19, 2008                 s/ Bridget Kennedy
                                         Federal Defenders of San Diego, Inc.
22                                       bridget_kennedy@fd.org
23
24
25
26
27
28
```

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Jimenez-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj8536 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JORGE ISMAEL JIMENEZ-FLORES,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc2@usdoj.gov

Dated: June 19, 2008                *s/ Bridget L. Kennedy*
                                    **BRIDGET L. KENNEDY**
                                    Federal Defenders of San Diego, Inc.,
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    e-mail:bridget_kennedy@fd.org