```
 1  MICHELLE BETANCOURT
    California State Bar No. 215035
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5008
    Telephone:  (619) 234-8467 Ext. 3737
 4  Facsimile:   (619) 687-2666
    michelle_betancourt@fd.org
 5
 6  Attorneys for Mr. Alonzo-Villagrana
 7
 8                     UNITED STATES DISTRICT COURT
 9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   Case No. 08mj8538
                                    )
12           Plaintiff,              )
                                    )
13  v.                              )
                                    )   NOTICE OF APPEARANCE
14  ANGEL GERARDO ALONZO            )
             -VILLAGRANA,           )
15                                  )
             Defendant.             )
16                                  )
```

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

19 in the above-captioned case.

20                                          Respectfully submitted,

21 Dated: June 19, 2008                      s/ *Michelle Betancourt*
                                            **MICHELLE BETANCOURT**
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
23                                          michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   michelle_betancourt@fd.org

Attorneys for Mr. Alonzo-Villagrana

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08mj8538 |
|---|---|
| Plaintiff, | ) |
| v. | ) PROOF OF SERVICE |
| **ANGEL GERARDO ALONZO -VIILAGRANA,** | ) |
| Defendant. | ) |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Assistant United States Attorney
efile.dkt.gc2@usdoj.gov

Dated: June 19, 2008

*s/ Michelle Betancourt*
MICHELLE BETANCOURT
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: michelle_betancourt@fd.org