FILED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2283-BTM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana |
| JORGE ISMAEL JIMENEZ-FLORES, | ) | (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 13, 2008, within the Southern District of California, defendant JORGE ISMAEL JIMENEZ-FLORES, did knowingly and intentionally import approximately 32.18 kilograms (70.80 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 10, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
7/9/08