| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | REES F. MORGAN |
| | Assistant United States Attorney |
| 3 | California Bar Number 229899 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7847 |
| | Facsimile: (619) 557-5551 |
| 6 | Email: rees.morgan@usdoj.gov |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-2283-BTM |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| JORGE ISMAEL JIMENEZ-FLORES, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

James Melandres

| | |
|---|---|
| 1 | Please call me at the above-listed number if you have any questions about this notice. |
| 2 | DATED: August 27, 2008 |

                                                            Respectfully submitted,

                                                            KAREN P. HEWITT
                                                            United States Attorney

                                                            /s/ <u>Rees F. Morgan</u>

                                                            Rees F. Morgan
                                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-2283-BTM |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JORGE ISMAEL JIMENEZ-FLORES, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Rees F. Morgan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 27, 2008, and this Certificate of Service, dated August 27, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Bridget Kennedy, Esq.**
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008.

     /s/Rees F. Morgan
     Rees F. Morgan
     Assistant United States Attorney